ORIGINAL

FEE PAID
# 1183888
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. a Delaware corporation, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. _____ |
| v. | * | |
| OLD LINE PLASTICS, INC. a Maryland corporation, | * | |
| | * | |
| Defendant. | * | |

*   *   *   *   *   *   *   *   *   *   *

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of the United States District Court for the District of Maryland, Douglas B. Riley, a member of the Bar of this Court, moves the admission of Ronald S. Longhofer, to appear *pro hac vice* in the captioned proceeding as counsel for Plaintiff Collins & Aikman Plastics, Inc.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan.

2. During the twelve months immediately preceding the filing of this motion, the proposed admittee has not applied for admission *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceeding will be Douglas B. Riley, who has been formally admitted to the Bar of this Court.

It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Douglas B. Riley, 01220 | Ronald S. Longhofer |
| Rosenberg Proutt Funk & Greenberg, LLP | Honigman Miller Schwartz and Cohn, LLP |
| 2115 First Maryland Building | 2290 First National Building |
| 25 South Charles Street | 660 Woodward Avenue |
| Baltimore, Maryland 21201 | Detroit, Michigan 48226 |
| (410) 727-6600 | 313-465-7000 |

Prid 28 3572 ✓
Plid 86985

## ORDER

Motion ____✓____ GRANTED

Motion _____ GRANTED, subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

____March 27, 2002____              ____[signature]____
Dated                                United States District Judge