IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

COLLINS & AIKMAN PLASTIC, INC.   *

      Plaintiff   *

v.   *   Civil No. JFM-02-962

OLD LINE PLASTICS, INC.   *

      Defendant   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for a Specific Performance be extended to and including April 30, 2002.

_Douglas B. Riley_ /WAB
Douglas B. Riley
Rosenberg Proutt Funk &
  Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_John A. Bourgeois_
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.

02275/0/00044497.WPDv1

Approved this 16th day of April 2002:

_____
J. Frederick Motz
United States District Judge