IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-02-962 |
| OLD LINE PLASTICS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for a Specific Performance be extended to and including May 30, 2002.

_____
Douglas B. Riley
Rosenberg Proutt Funk &
 Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_____
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.

02275/0/00044497.WPDv1

Approved, this ___ day of _____, 2002:

_____
J. Frederick Motz
United States District Judge

LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

ARON U. RASKAS
DIRECT DIAL
(410) 347-7429

ALSO ADMITTED IN DC

E-MAIL
araskas@kg-law.com

April 30, 2002

**VIA HAND DELIVERY**
Clerk
The United States District Court
for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

  RE: Collins & Aikman Plastic, Inc. v.
     Old Line Plastics, Inc.
     Civil No. JFM-02-962

Dear Clerk:

  Enclosed please find a Second Stipulation of Extension of Time for filing in the above-captioned matter.

  Thank you for your assistance.

             Very truly yours,

             Aron U. Raskas

AUR/mkb
Enclosure

cc: Mr. Michael Sanger (w/enclosure)
   Douglas B. Riley, Esquire (w/enclosure)

02275/0/00045798.WPDv1