FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

2002 MAY 30 P 4: 24

AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-02-962 |
| OLD LINE PLASTICS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 MAY 31 P 3: 14
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## THIRD STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for a Specific Performance be extended to and including July 1, 2002.

_____
Douglas B. Riley
Rosenberg Proutt Funk &
 Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_____
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.

02275/0/00047911.WPDv1

Approved, this 31 day of June, 2002:

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

LAW OFFICES
## KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269
www.kramonandgraham.com

JAMES P. ULWICK
DIRECT DIAL
(410) 347-7426

ALSO ADMITTED IN NJ AND DC

E-MAIL
julwick@kg-law.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 31 P 4: 24

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

May 30, 2002

**VIA HAND DELIVERY**
Clerk
The United States District Court
for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: Collins & Aikman Plastic, Inc. v.
         Old Line Plastics, Inc.
         <u>Civil No. JFM-02-962</u>

Dear Sir/Madam:

  Enclosed please find a Third Stipulation of Extension of Time for filing in the above-captioned matter.

  Please date-stamp the extra copy provided and return it to the messenger.

  Thank you for your assistance.

           Very truly yours,

           /s/ James P. Ulwick

           James P. Ulwick

JPU:sms
Enclosures
cc: Mr. Michael Sanger (w/enclosure)
   Douglas B. Riley, Esquire (w/enclosure)
   The Honorable J. Frederick Motz
    (w/courtesy copy of Stipulation, by hand-delivery)