IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -1  P 12: 45

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-02-962 |
| OLD LINE PLASTICS, INC. | * | |
| Defendant | * | |

JUN 28 2002

\* \* \* \* \* \* \* \* \* \* \* \* \*

### FOURTH STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for a Specific Performance be extended to and including September 30, 2002.

_____
Douglas B. Riley
Rosenberg Proutt Funk &
  Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_____
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.

02275/0/00047911.WPDv1



Approved, this 1st day of July, 2002:

                                                                         _____
                                                                         J. Frederick Motz
                                                                         United States District Judge