IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * |
| Plaintiff | * |
| v. | *  Civil No. JFM-02-962 |
| OLD LINE PLASTICS, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIFTH STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for a Specific Performance be extended to and including October 30, 2002.

_____
Douglas B. Riley
Rosenberg Proutt Funk &
 Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_____
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.

02275/0/00057443.WPD;1