IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM-02-CV-962 |
| OLD LINE PLASTICS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SEVENTH STIPULATION OF EXTENSION OF TIME

All of the parties to the above-captioned action, by their undersigned counsel, hereby stipulate and agree that the time for Old Line Plastics, Inc. to move, plead or otherwise respond to the Complaint for Specific Performance be extended to and including November 30, 2002.

_____
Douglas B. Riley
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff
Collins & Aikman Plastic, Inc.

_____
James P. Ulwick
Aron U. Raskas
John A. Bourgeois
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030

Attorneys for Defendant,
Old Line Plastics, Inc.



- 2 -

Approved, this \_\_\_\_\_ day of _____, 2002.

_____
J. Frederick Motz
United States District Judge