IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| COLLINS & AIKMAN PLASTIC, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM-02-CV-962 |
| OLD LINE PLASTICS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Collins & Aikman Plastic, Inc., Plaintiff, by its undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Procedure, hereby dismisses, without prejudice, its Complaint for Specific Performance.

_____
Douglas B. Riley, 01220
Rosenberg Proutt Funk & Greenberg, LLP
25 South Charles Street
Suite 2115
Baltimore, Maryland 21201
(410) 727-6600

Ronald S. Longhofer
Honigman Miller Schwartz & Cohen, LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7000

Attorneys for Plaintiff,
Collins & Aikman Plastic, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2002, a copy of the foregoing Notice of Dismissal Without Prejudice was mailed, first class, postage pre-paid, to

> James P. Ulwick, Esquire
> Aron U. Raskas, Esquire
> John A. Bourgeois, Esquire
> Kramon & Graham, P.A.
> One South Street,
> Suite 2600
> Baltimore, Maryland 21202-3201
>
> Attorneys for Defendant,
> Old Line Plastics, Inc.

_____
Douglas B. Riley